**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Andria Buckner, Appellant,

v.

Charles Lewis Patterson, Respondent.

Appellate Case No. 2023-001266

―――――――――――

Appeal From Lexington County
Robert E. Hood, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2025-UP-385
Submitted November 20, 2025 – Filed November 26, 2025

―――――――――――

**AFFIRMED**

―――――――――――

Andria Buckner, of Augusta, Georgia, pro se.

Charles Patterson, of Gaston, pro se.

―――――――――――

**PER CURIAM:**  Andria Buckner appeals the circuit court's order denying her motion to reconsider a prior order dismissing her action due to her failure to appear and prosecute the action.  On appeal, she argues the circuit court erred in finding she received proper notice of the hearing date.  We affirm pursuant to Rule 220(b), SCACR.

We hold Buckner abandoned her argument on appeal because she failed to include authority to support her argument in her brief. *See* Rule 208(b)(1)(E), SCACR (stating "the particular issue to be addressed" in an appellant's brief shall be "followed by discussion and citations of authority"); *Equivest Fin., LLC v. Ravenel*, 422 S.C. 499, 506, 812 S.E.2d 438, 441 (Ct. App. 2018) ("When a party provides no legal authority regarding a particular argument, the argument is abandoned and the court will not address the merits of the issue."); *Potter v. Spartanburg Sch. Dist. 7*, 395 S.C. 17, 24, 716 S.E.2d 123, 127 (Ct. App. 2011) ("An issue is deemed abandoned if the argument in the brief is not supported by authority or is only conclusory.").

**AFFIRMED.**[1]

**MCDONALD, HEWITT, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.